UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICK TYREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-02373-JRS-MG |
| | ) |
| FREUDENBERG-NOK, GP, | ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

Pursuant to the Order also issued this day, summary judgment is granted in favor of Defendant on all claims. Plaintiff shall take nothing by way of his Complaint and this action is dismissed. This is a **final judgment** under Federal Rule of Civil Procedure 58.

**SO ORDERED.**

Date: 12/05/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Roger A.G. Sharpe, Clerk                    Southern District of Indiana

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution by CM/ECF to registered counsel of record.